IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Case No. 1:24-cv-00346-CB

PREPARED FOOD PHOTOS, INC.
f/k/a ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

BURCH FARMS, INC.,

    Defendant.

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc ("Plaintiff") hereby files this response to the Court's April 1, 2025, Order to Show Cause [D.E. 8], and states as follows:

1. On December 27, 2024, Plaintiff filed its complaint. See D.E. 1.

2. On January 7, 2025, defendant Burch Farms, Inc. ("Defendant") was served, and its answer or responsive pleading was due January 28, 2025. See D.E. 7.

3. No such answer or responsive pleading was filed by Defendant.

4. On April 1, 2025, the Court issued an Order to Show Cause requiring Plaintiff to show cause for why this case should not be dismissed for failure to prosecute. See D.E. 8.

5. On January 10, 2025, counsel representing Defendant reached out to discuss a resolution to this matter. However, Plaintiff notes that counsel for Defendant never entered an appearance on the docket.

6. The parties are currently negotiating and anticipate reaching a resolution to Plaintiff's claim shortly and will file a Notice of Settlement thereafter.

7. Accordingly, Plaintiff requests an additional twenty-one (21) days to resolve the matter and file a Notice with the Court.

8. The requested relief is made in good faith and prior to the current deadlines The relief being sought will neither unfairly prejudice Plaintiff or Defendant, nor cause undue delay.

Dated: April 3, 2025.                      COPYCAT LEGAL PLLC
                                           3111 N. University Drive
                                           Suite 301
                                           Coral Springs, Fl 33065
                                           Telephone: (877) 437-6228
                                           dan@copycatlegal.com

                                           By: /s/ Daniel DeSouza
                                               Daniel DeSouza, Esq.

### CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza

Daniel DeSouza, Esq.